IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr10-MHT |
| **TANESHIA MICHELLE LAWSON** | ) | |

## ORDER

The court having already ordered a status conference in <u>United States v. Taneshia Michelle Lawson</u>, Criminal Action No. 2:06cr173-MHT, it is ORDERED that an on-the-record status conference in this criminal action is set for January 25, 2007, at 8:30 a.m. The government is to arrange for the conference to be conducted by telephone.

DONE, this the 24th day of January, 2007.

               <u>/s/ Myron H. Thompson</u>
             UNITED STATES DISTRICT JUDGE