# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT MONTGOMERY  ALABAMA

DATE COMMENCED  January 25, 2007             AT  10:50  A.M./P.M.

DATE COMPLETED  January 25, 2007             AT  11:02  A.M./P.M.

UNITED STATES OF AMERICA                     Criminal Action
                                             2:06cr173-MHT
        VS.                                  2:06cr7-MHT

TANESHIA MICHELLE LAWSON

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Christopher Synder | X | Atty Christine A. Freeman |
| AUSA Louis Franklin | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:     TELEPHONE STATUS CONFERENCE CALL

10:50 a.m.                 Continuation of Telephone conference call
                           with Debbie Hackett, Clerk of Court and
                           Sheila Carnes, Senior Courtroom Deputy. Court
                           wants clarification from earlier
                           representation from Atty Synder about
                           instructions received from the clerk's office
                           as to how to handle the filing of the new
                           case against the defendant. Ms. Carnes
                           statements regarding the procedure of filing
                           new cases and statements regarding the filing
                           of the new case against the defendant as
                           stated on the record. Atty Synder's and Atty
                           Franklin's statements as to how they decided
                           to proceed with the filing of the new case.
                           Court will proceed according to the prior
                           conference call.
11:02 a.m.                 Conference call concluded.