IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
   v. )   CRIMINAL ACTION NO.
)     2:07cr10-MHT
**TANESHIA MICHELLE LAWSON** )

### ORDER

Based on the representations made during today's on-the-record status conference, and by agreement of the parties, it is ORDERED that the entire record as to defendant Taneshia Michelle Lawson in Criminal Action No. 2:06cr173-MHT shall be made a part of the record in this criminal action.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer of the record.

It is further ORDERED as follows:

(1) All orders entered as to defendant Lawson in Criminal Action No. 2:06cr173-MHT apply in this criminal action.

(2) All outstanding motions as to defendant Lawson in Criminal Action No. 2:06cr173-MHT, dismissed without prejudice in that action, must now be re-filed in this action if the parties wish to renew them, and such motions must be filed no later than two days before pretrial conference to be scheduled by the magistrate judge, with the exception of any motion challenging the jury venire selection system, which must be filed by February 2, 2007, with supplemental briefs to follow the briefing schedule set out in Judge Capel's January 22, 2007, order (doc. no. 196) in Criminal Action No. 2:06cr173-MHT.

(3) All evidence made a part of the record as to defendant Lawson in Criminal Action No. 2:06cr173-MHT remains before the court in this action.

(4) If, in re-filing motions in this action, either party wishes to present additional live evidence not already before the court, such party must specifically request a hearing at the time such motions are filed.

(5) If any motion previously pending as to defendant Lawson in Criminal Action No. 2:06cr173-MHT is not timely renewed in this action, such motion shall be deemed abandoned and such issue shall be deemed waived.

DONE, this the 25th day of January, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**