**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-cr-10-MHT |
| | ) | |
| TANESHIA M. LAWSON | ) | |

**DEFENDANT'S OBJECTION TO COMPOSITION OF THE VENIRE AND
METHOD OF VENIRE SELECTION, AND
MOTION TO DISMISS DUE TO COMPOSITION OF THE JURY VENIRE AND
SUBSTANTIAL FAILURE TO COMPLY
WITH THE JURY SELECTION AND SERVICE ACT**

**COMES NOW** the Defendant, Taneshia Lawson, by and through undersigned counsel, and states this objection to the composition of the venire and method of venire selection for both the Grand Jury which issued this Indictment, the Grand Jury which issued the original Indictment (in Case No. 2:06-cr-173-MHT), and any Petit Jury assigned to the trial of this case.

Defendant further moves this court to dismiss this Indictment due to improper selection and composition of the Grand and Petit jury venires, resulting in the underrepresentation of African-Americans on said venires, substantial non-compliance with the Jury Selection and Service Act, 28 U.S.C. § 1861, et seq., and non-compliance with the Local Rules of this District, including the Plan of the United States District Court for the Middle District of Alabama for the Random Selection of Grand and Petit Jurors

The practices followed for jury selection in the Middle District of Alabama result in

1

a selection and composition of the Grand Jury and any Petit Jury Venire assigned to this case which violate the Jury Selection and Service Act, 18 USC §1861 et seq, the Middle District's Jury Selection Plan, and the Defendant's Fifth and Sixth Amendments rights to due process, to equal protection, and to trial by an impartial jury representing a fair and reasonable cross-section of the community.

This Motion is supported by the attached Affidavit. A signed and notarized original Affidavit will be filed on February 5, 2007.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Taneshia M. Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                          **s/Christine A. Freeman**
                                          **CHRISTINE A. FREEMAN**
                                          **TN BAR NO.: 11892**
                                          Attorney for Taneshia M. Lawson
                                          Federal Defenders
                                          Middle District of Alabama
                                          201 Monroe Street, Suite 407
                                          Montgomery, AL 36104
                                          TEL:  (334) 834-2099
                                          FAX:  (334) 834-0353
                                          E-Mail: Christine_Freeman@fd.org