IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-cr-10-MHT |
| | ) | |
| TANESHIA M. LAWSON | ) | |

**UNOPPOSED MOTION TO EXTEND**

**COMES NOW** the undersigned counsel, Christine A. Freeman, and respectfully moves to extend the time within which Defendant must provide discovery to the Government, to a date two days before the pretrial conference scheduled in this matter.

In support of this Motion, Defendant would show:

1. The Arraignment Order presently sets this deadline for Friday, February 9.

2. Defense counsel anticipates having expert testimony presented at the trial, but has not yet determined the specific experts. Moreover, defense counsel has received some additional discovery, anticipates receiving more, and has not yet completed review of the discovery recently received.

3. Defense counsel has discussed this request with Government counsel, who has authorized undersigned to state that the Government does not oppose this Motion.

WHEREFORE, Defendant requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**

>Attorney for Taneshia M. Lawson
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL: (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

>**s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Taneshia M. Lawson
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL: (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org