IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. 2:07cr10-MHT |
| ) | |
| TANESHIA MICHELLE LAWSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

On 7 February 2007, Defendant filed an unopposed Motion for Extension to Time to provide discovery to the Government. (Doc. #18). Defendant's motion requests a two-day extension of time. Id. Upon consideration of Defendant's motion, and for good cause, it is

ORDERED that Defendant's motion is GRANTED. Defendant shall provide discovery to the Government on or before 14 February 2007.

Done this 7th day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE