PROB 12A
(7/93)

# United States District Court

## for

## Middle District of Alabama

### Report on Defendant Under Supervision

Name of Defendant: Taneshia Lawson                           Case Number: 2:07cr10-MHT

Name of Releasing Judicial Officer: The Honorable Delores R. Boyd,  U.S. Magistrate Judge

Date of Release: July 25, 2006

Original Offense: Conspiracy to Defraud the United States

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; No firearms; Drug testing and/or treatment; Refrain from excessive use of alcohol, Report any law enforcement contact, Refrain from possession of any type of drug paraphernalia

Assistant U.S. Attorney: Chris Snyder                           Defense Attorney: Patricia Kemp

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1: You are restricted to your residence at all times except for medical needs.. | On January 29, 2007, Lawson failed to return to her residence as directed following her doctor's appointment at Jackson Hospital. |

**U.S. Probation Officer Action:**

This officer located Lawson in the Montgomery Mall parking lot at approximately 5pm on the aforementioned date. When she was questioned why she did not return to her residence as instructed, Lawson stated that her mother drove to the Montgomery Mall and that their vehicle was now inoperable. She admitted that she did not inform her mother that she was required to return to her residence immediately following her doctor's appointment. This officer verbally reprimanded Lawson for violating her release condition.

Due to the birth of her child on January 31, 2007,  it is recommended that Your Honor take no punitive action for the violation. Should Lawson commit any further violations,  the probation officer will recommend revocation of pretrial release.

PROB 12A
(7/93)

2

                                              Respectfully submitted,

by    /s/ Willie Bernard Ross

        Willie Bernard Ross, Jr.
        Senior U.S. Probation Officer

        Date: January 31, 2007

Reviewed and approved:   /s/ Sandra G. Wood
                           Supervisory U.S. Probation Officer

---

*The Court directs that additional action be taken as follows:*

[ ]    Submit a Request for Modifying the Condition or Term of Supervision

[ ]    Submit a Request for Warrant or Summons

[ ]    Other

[X]    Concur with Probation Officer's recommendation

[ ]    No action necessary

                                                                  /s/ Myron H. Thompson
                                                                 Signature of Judicial Officer

                                                                 February 7, 2007
                                                                       Date