# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO.  2:07-cr-10-MHT |
| **TANESHIA MICHELLE LAWSON** | ) ) ) | |

## Unopposed Motion to Permit Filing

The United States respectfully moves this Court to permit the filing of its Response to Defendant Taneshia Michelle Lawson's Motion for Dismissal based upon the Jury Selection & Service Act and upon the Fifth and Sixth Amendments (Doc. No. 16), which has being filed approximately nine hours after its due date due to computer difficulties.

AUSA Snyder has spoken with Christine Freeman, Esq. prior to this filing, and she has indicated that she does not object to such an out-of-time filing.

Respectfully submitted this 21st day of February, 2007,

                                              LEURA G. CANARY
                                              UNITED STATES ATTORNEY

                                              /s/  Christopher  Snyder
                                              CHRISTOPHER A. SNYDER
                                              Assistant United States Attorney
                                              One Court Square, Suite 201
                                              Montgomery, AL 36104
                                              Phone: (334) 223-7280
                                              Fax: (334) 223-7135
                                              E-mail: christopher.a.snyder@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christine Freeman.

      /s/ Christopher Snyder
      CHRISTOPHER A. SNYDER
      Assistant United States Attorney