IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. 2:07cr10-MHT |
| ) | |
| TANESHIA MICHELLE LAWSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

The court has reviewed the government's unopposed motion to permit the filing of its response (Doc. #22) to defendant Tanesha Michelle Lawson's Motion for Dismissal based upon the Jury Selection and Service Act, and upon the Fifth and Sixth Amendments (Doc. #16). The court finds that the government has established good cause for filing their response in an untimely manner. Therefore it is Ordered that the government be permitted to file their response, the motion (Doc. #22) is GRANTED.

Done this 21st day of February, 2007.

/s/ Wallace Capel, Jr..
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE