IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-cr-10-MHT |
| | ) | |
| TANESHIA M. LAWSON | ) | |

### UNOPPOSED MOTION TO EXTEND MOTIONS DEADLINE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and respectfully moves to extend the time within which both the Government and the Defendant must file pretrial motions. This deadline is presently set for today, March 29, 2007.

In support of this Motion, Defendant would show:

1. Government and defense counsel anticipate the exchange of additional discovery, which may affect the motions which must be filed in this matter.

2. Defense counsel believes that additional arrests have been made on related matters, which may affect the motions which must be filed in this matter.

3. Government counsel is currently in trial and awaiting a jury verdict.

4. Defense counsel has discussed this request with Government counsel, who has authorized undersigned to state that the Government does not oppose and joins this Motion.

WHEREFORE, Defendant requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**

Attorney for Taneshia M. Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Taneshia M. Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org