IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,            )
                                 )
v.                               )    CRIMINAL ACTION NO. 2:07cr10-MHT
                                 )
TANESHIA MICHELLE LAWSON,        )
                                 )
            Defendant.            )

## ORDER ON MOTION

On March 29, 2007, Defendant filed an unopposed Motion to Extend the Motions Deadline (Doc. #32) in this case.  Counsel did not identify the length of an extension that she seeks or the specific motions she intends to file.  Currently pending before the undersigned Magistrate Judge is Defendant's Motion to Dismiss due to Jury Composition (Doc. #16), which motion is submitted.  Despite these deficiencies, because the motion is unopposed, it is therefore

ORDERED that the motion is GRANTED.  Any additional pretrial motions must be filed on or before April 19, 2007.

Done this 29th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE