IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL ACTION NO. 2:07cr10-MHT |
| | ) |
| TANESHIA MICHELLE LAWSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

During the Pretrial Conference held before the undersigned Magistrate Judge, the Court learned that the parties have entered into plea negotiations in this case. The undersigned also observes that the parties were granted an extension of time to file pretrial motions until April 19, 2007, (Doc. #33). It is therefore

ORDERED that Defendant Lawson's Motion to Dismiss due to Jury Composition (Doc. #16) is STAYED until April 19, 2007. To the extent that the parties are unable to reach an agreement on or before that date, they will file an unopposed motion to continue the trial date, currently commencing on June 4, 2007. It is further

ORDERED that the parties will hold a Pretrial Conference on April 19, 2007, at 3:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned.

Done this 2nd day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE