### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )     CASE NO: 2:07-cr-10-MHT |
| | ) |
| TANESHIA M. LAWSON | ) |

### DEFENDANT'S MOTION TO WITHDRAW OR STRIKE MOTION

**COMES NOW** the undersigned counsel, Christine A. Freeman, and respectfully moves to withdraw or strike, as moot, Defendant's motion to dismiss based on jury selection (Doc. 16), which is captioned "DEFENDANT'S OBJECTION TO COMPOSITION OF THE VENIRE AND METHOD OF VENIRE SELECTION, AND MOTION TO DISMISS DUE TO COMPOSITION OF THE JURY VENIRE AND SUBSTANTIAL FAILURE TO COMPLY WITH THE JURY SELECTION AND SERVICE ACT."

In support of this Motion, Defendant would state and show that she has filed a Notice of Intent to Plead Guilty, that her guilty plea is scheduled for April 20, 2007, and that no further action need be taken on her above-referenced Motion.

WHEREFORE, Defendant requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Taneshia M. Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104

>TEL: (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

>**s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Taneshia M. Lawson
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL: (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org