IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. 2:07cr10-MHT |
| ) | |
| TANESHIA MICHELLE LAWSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

On April 19, 2007, the undersigned Magistrate Judge (Doc. #38) STAYED Defendant Lawson's Motion to Dismiss due to Jury Composition (Doc. #16). On April 19, 2007, Defendant filed a Motion to Withdraw or Strike (Doc. #39) her Motion to Dismiss. Upon consideration of Defendant's Motion to Withdraw or Strike, it is

ORDERED the STAY is lifted. It is further

ORDERED that Defendant's Motion to Withdraw or Strike Motion (Doc. #39) is GRANTED. It is further

ORDERED that Defendant's Motion to Dismiss due to Jury Composition (Doc. #16) is WITHDRAWN.

Done this 20th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE