IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
   v. )   CRIMINAL ACTION NO.
)     2:07cr10-MHT
**TANESHIA M. LAWSON** )

### ORDER

Because of a scheduling conflict, it is ORDERED that the sentencing of defendant Taneshia M. Lawson, now set for July 16, 2007, is reset for July 19, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 26th day of April, 2006.

                          /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**