IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:07-cr-10-MHT |
| ) | |
| TANESHIA MICHELLE LAWSON ) | |

**United States' Motion for Downward Departure for Substantial Assistance**

The United States moves this Court to reduce Defendant Taneshia Michelle Lawson's sentence by three offense-levels based on Lawson's substantial assistance in this case. As grounds for this Motion, the United States notes:

1. After pleading guilty in this case, Lawson has provided significant and substantial information regarding a major figure in the Montgomery stolen-check community and regarding at least three other individuals who participated in bank fraud and identity theft.

2. Later, Lawson provided testimony to a Grand Jury in this District regarding these same individuals and provided information regarding specific illegal transactions involving these individuals. United States believes that Lawson's testimony will be useful in returning an indictment against these persons.

3. The United States submits that to the best of its knowledge Lawson has been truthful with federal investigators. As part of the plea agreement, Lawson has waived her right to appeal and/or collaterally attack the sentence imposed in this case. Therefore, United States asks this Court to depart three offense-levels under Guidelines §

5K1.1 based upon Lawson's substantial assistance.

    Respectfully submitted this the 17th day of July, 2007.

                                      LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      /s/ Christopher Snyder
                                      CHRISTOPHER A. SNYDER
                                      Assistant United States Attorney
                                      One Court Square, Suite 201
                                      Montgomery, AL 36104
                                      Phone: (334) 223-7280
                                      Fax: (334) 223-7135
                                      E-mail: christopher.a.snyder@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Christine Freeman.

                                      /s/ Christopher Snyder
                                      CHRISTOPHER A. SNYDER
                                      Assistant United States Attorney