IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.           ) | CASE NO: 2:07-cr-10-MHT |
| ) | |
| TANESHIA M. LAWSON      ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

**COMES NOW** the Defendant, Taneshia M. Lawson, by and through undersigned counsel, and moves this Court to continue the sentencing currently set in this matter for Thursday, July 19, 2007. In support of this Motion, Defendant would show the following:

1. Government's counsel has notified Defense counsel of possible information which may potentially effect the Government's position at sentencing as to several aspects of the Government's recommendations at sentencing.

2. Said information appears to consist of checks improperly written by the Defendant. However, it has not been determined by either the Government or Defense counsel that the checks were in fact written by the Defendant, and it may be that said checks were not written by the Defendant.

3. Government's counsel just learned of this information on July 17, 2007.

4. The Government needs additional time to investigate and determine the specific content of this information. The Defense requires additional time to review such information and investigate it.

5.  The Government does not oppose this motion, and joins in this motion to continue.

**WHEREFORE**, Defendant requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Taneshia M. Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Taneshia M. Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org