IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  v. )<br>)<br>TANESHIA MICHELLE LAWSON )  | CRIMINAL ACTION NO.<br>   2:07cr10-MHT |

ORDER

It is ORDERED as follows:

(1) Defendant Taneshia Michelle Lawson's unopposed motion to continue sentencing (doc. no. 49) is granted.

(2) Sentencing for defendant Lawson, currently set for July 19, 2007, is reset for August 13, 2007, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 18th day of July, 2007.

                             /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE