PROB 12A
(7/93)

# United States District Court

## for

## Middle District of Alabama

### Report on Defendant Under Supervision



RECEIVED

2007 JUL 24  P 4: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name of Defendant: Taneshia Lawson                     Case Number: 2:07cr10-MHT

Name of Releasing Judicial Officer: The Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: July 25, 2006

Original Offense: Conspiracy to Defraud the United States

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; No firearms; Drug testing and/or treatment; Refrain from excessive use of alcohol, Report any law enforcement contact, Refrain from possession of any type of drug paraphernalia

Assistant U.S. Attorney: Chris Snyder                     Defense Attorney: Patricia Kemp

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1: You are restricted to your residence at all times except for medical needs.. | On July 22, 2007, Lawson admitting to leaving her residence without permission and failed to return to her residence until approximately 9pm. |

**U.S. Probation Officer Action:**

On July 23, 2007, this officer confronted Lawson regarding phone line issues/unit missed call. Offender blamed her mother for unplugging unit, however, her mother, Delores Lawson, denied tampering with the unit and stated that the offender unplugged unit in order to leave the residence without being caught. When this officer questioned offender regarding leaving residence without permission, offender initially denied leaving residence, however, later admitted to leaving her residence without permission on July 22, 2007. Offender stated that she was aware that she was in violation of her release conditions. Lawson was verbally reprimanded for her continued violations. She was instructed, with her mother present, to remain at her residence until further notice. Please note that the court was notified, via 12a dated January 31, 2007, of a previous violation involving an electronic monitoring violation.

PROB 12A
(7/93)
2

U.S. Probation Officer Recommendation:

[X]    The term of supervision should be:
[X]    revoked.
[ ]    No action.
[ ]    The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,

by    /s/ Willie Bernard Ross

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: July 24, 2007

Reviewed and approved: _Sandra Wood_
Supervisory U.S. Probation Officer

---

The Court directs that additional action be taken as follows:

[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[X]    Submit a Request for Warrant or Summons
[ ]    Other
[ ]    Concur with Probation Officer's recommendation
[ ]    No action necessary

Signature of Judicial Officer

7-26-07
Date