(7/93)

# United States District Court

for

# Middle District of Alabama

RECEIVED

2007 JUL 27 P 12: 13

## Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Taneshia Lawson						Case Number: 2:07cr10-MHT

Name of Releasing Judicial Officer: The Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: July 25, 2006

Original Offense: Conspiracy to Defraud the United States

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; No firearms; Drug testing and/or treatment; Refrain from excessive use of alcohol, Report any law enforcement contact, Refrain from possession of any type of drug paraphernalia

Assistant U.S. Attorney: Chris Snyder						Defense Attorney: Patricia Kemp

## PETITIONING THE COURT

[X]     To issue a warrant
[ ]     To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1: You are restricted to your residence at all times except for medical needs.. | On July 22, 2007, Lawson admitting to leaving her residence without permission and failed to return to her residence until approximately 9pm. |

**U.S. Probation Officer Action:**

On July 23, 2007, this officer confronted Lawson regarding phone line issues/unit missed call. Offender blamed her mother for unplugging unit, however, her mother, Delores Lawson, denied tampering with the unit and stated that the offender unplugged unit in order to leave the residence without being caught. When this officer questioned offender regarding leaving residence without permission, offender initially denied leaving residence, however, later admitted to leaving her residence without permission on July 22, 2007. Offender stated that she was aware that she was in violation of her release conditions. Lawson was verbally reprimanded for her continued violations. She was instructed, with her mother present, to remain at her residence until further notice. Please note that the court was notified, via 12a dated January 31, 2007, of a previous violation involving an electronic monitoring violation.

U.S. Probation Officer Recommendation:

[X]   The term of release should be:
      [X]   revoked.

[ ]   The conditions of supervision should be modified as follows:

                                                      Respectfully submitted,

                                              by      W. Bernard Ross /sgr/
                                                      Willie Bernard Ross
                                                      Senior U.S. Probation Officer
                                                      Date: July 26, 2007

Reviewed and approved: _Sandra Wood_
                       Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

                                                      _____
                                                      Signature of Judicial Officer

                                                      7-30-07
                                                      Date