IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:07cr10-MHT |
| TANESHIA M. LAWSON | ) | |

**ORDER**

Based upon the court's order, this matter is set for hearing on the Motion to Revoke Bond (Doc. 53), and for good cause, it is

ORDERED that counsel for the parties shall appear for the hearing on August 3, 2007 at 1:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 2nd day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE