IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-cr-10-MHT |
| | ) | |
| **TANESHIA M. LAWSON** | ) | |

**MOTION FOR RELEASE OF DEFENDANT**

    **COMES NOW** the Defendant, Taneshia Lawson, by and through undersigned counsel, and respectfully moves for an Order releasing Ms. Lawson to the custody of an agent of the Federal Defenders Office on August 6, 2007, for transport to the Hosanna Home in Chambers County, Alabama.

    In support of this Motion, the Defendant would show the following:

    1.    Ms. Lawson is presently in the custody of the United States Marshals Service.

    2.    On August 3, 2007, this Court continued Ms. Lawson on pretrial release with the condition that she be placed at the Hosanna Home in Chambers County, Alabama.

    3.    Ms. Lawson was ordered to remain in the custody of the United States Marshals Service until such time as a bed became available at the Hosanna Home on August 6, 2007. When a bed is available, the Court ordered Ms. Lawson to be released to the custody of an agent of the Federal Defenders Office for transport to the Hosanna Home.

    4.    A bed will be available for Ms. Lawson at the Hosanna Home on Monday, August 6, 2007.

**FOR THE REASONS SET FORTH ABOVE**, the Defendant requests that on August 6, 2007, Ms. Lawson be released to the custody of an agent of the Federal Defenders Office for transportation to the Hosanna Home.

Respectfully submitted,

**s/Patricia Kemp**
**PATRICIA KEMP**
**ASB-4592-R80K**
Attorney for Taneshia Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: patricia_kemp@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-cr-10-MHT |
| | ) | |
| TANESHIA M. LAWSON | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant United States Attorney, 131 Clayton Street, Montgomery, AL 36104.

Respectfully submitted,

**s/Patricia Kemp**
**PATRICIA KEMP**
**ASB-4592-R80K**
Attorney for Taneshia Lawson
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: patricia_kemp@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-cr-10-MHT |
| | ) | |
| TANESHIA M. LAWSON | ) | |

**ORDER**

Based on the evidence presented and the parties representations made in Court on August 3, 2007, it is ORDERED as follows:

1. Defendant Tanshia Lawson is, by agreement of all parties, continued on pretrial release, with the following modifications to her conditions of release:

    a. Ms. Lawson is to remain in the custody of the U.S. Marshals until August 6, 2007, or until a bed space becomes available at the Hosanna Home, located in Chambers County, Alabama.

    b. As soon as a bed becomes available at the Hosanna Home, the Federal Defenders Office is to notify the Court, at which time the Court will then enter an Order releasing Ms. Lawson from custody and requiring agents of the Federal Defenders office to transport Ms. Lawson to Hosanna Home.

    c. Ms. Lawson is to comply with all the rules of the Hosanna Home program, as well as her conditions of pretrial release.

    d. Ms. Lawson is to remain at Hosanna Home until the time of her sentencing, currently set for August 13, 2007.

   e.  In the interim, United States Probation Officer Bernard Ross is to update the Court on Ms. Lawson's status and compliance with all applicable rules each week.

DONE, this the _____ Day of August, 2007.

                    _____

                        UNITED STATES MAGISTRATE JUDGE