IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:07cr10-MHT |
| TANESHIA M. LAWSON | ) | |

## **ORDER**

Based on the evidence presented and the parties representations made in Court on August 3, 2007, it is ORDERED as follows:

Defendant Tanshia Lawson is, by agreement of all parties, is continued on pretrial release with the following modifications to her conditions of release:

a. Ms. Lawson is to remain in the custody of the U.S. Marshal until August 6, 2007, or until a bed space becomes available at the Hosanna Home, located in Chambers County, Alabama.

b. As soon as a bed becomes available at the Hosanna Home, the Federal Defenders Office is to notify the Court, at which time the Court will then enter an Order releasing Ms. Lawson from custody and requiring agents of the Federal Defenders office to transport Ms. Lawson to Hosanna Home.

c. Ms. Lawson is to comply with all the rules of the Hosanna Home program, as well as her conditions of pretrial release.

d. Ms. Lawson is to remain at Hosanna Home until the time of her sentencing,

      currently set for August 13, 2007.

e.      In the interim, United States Probation Officer Bernard Ross is to update the Court on Ms. Lawson's status and compliance with all applicable rules each week.

DONE this 6th day of August, 2007.

                                          /s/ Wallace Capel, Jr.
                                          WALLACE CAPEL, JR.
                                          UNITED STATES MAGISTRATE JUDGE